UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEVADA (RENO)

THE UNITED STATES OF AMERICA,

          Plaintiff,

vs.

TODD DAVIS,

          Defendant.

CASE NO.: 3:10-CR-00030-RAM

**JOINT STIPULATION AND ORDER FOR RECOMMENDATION TO THE UNITED STATES BUREAU OF PRISONS**

COMES NOW, the Defendant, TODD DAVIS, by and through his attorney, **TODD A. PLIMPTON, ESQ.**, of the law firm of **BELANGER & PLIMPTON**, and the UNITED STATES OF AMERICA, by and through Assistant United States Attorney, **SUE FAHAMI, ESQ.**, and do hereby stipulate and agree that this Honorable Court enter a recommendation to the United States Bureau of Prisons, recommending that Defendant be incarcerated at FCI Herlong, California.

////

////

////

////

////

////

////

1

The parties had intended to request a recommendation at the time of sentencing, and failed to enter the same on the record.

**RESPECTFULLY SUBMITTED.**

DATED this 12th day of November, 2010.

SUE FAHAMI, ESQ.
Assistant U.S. Attorney
100 W. Liberty Street, Ste. 600
Reno, NV 89501

TODD A. PLIMPTON, ESQ.
P.O. Box 59
Lovelock, NV 89419

## ORDER

The Parties having stipulated and agreed thereto, it is so ordered. A recommendation is made to United States Bureau of Prison for incarceration of Defendant, TODD DAVIS, at FCI Herlong, California.

DATED this 15th day of November, 2010.

UNITED STATES MAGISTRATE JUDGE